UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                         CASE NO.: 1:21-bk-00223-HWV
                                                                                         **CHAPTER 13**

Christopher C Colton,
   Debtor.

Patty J Colton,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                    Authorized Agent for Secured Creditor
                                                    130 Clinton Rd #202
                                                    Fairfield, NJ 07004
                                                    Telephone: 470-321-7112

                                                    By: /s/Charles Wohlrab
                                                        Charles Wohlrab, Esq.
                                                        Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHRISTOPHER C COLTON
233 TROY ROAD
DALLASTOWN, PA 17313

PATTY J COLTON
233 TROY ROAD
DALLASTOWN, PA 17313

And via electronic mail to:

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com