In re:                                                                    Case No. 21-00223-HWV

Christopher C Colton                                                       Chapter 13

Patty J Colton

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                     Page 1 of 1

Date Rcvd: Apr 08, 2021               Form ID: pdf010                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Christopher C Colton, Patty J Colton, 233 Troy Road, Dallastown, PA 17313-9626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Christopher C Colton | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:21-bk-00223-HWV |
| Patty J Colton | | | |
| | Debtor 2 | | |
| | | Document No.: | 23 |
| | | Nature of Proceeding: | First Amended Chapter 13 plan |

### ORDER DENYING CONFIRMATION OF FIRST AMENDED PLAN

The above-referenced First Amended Chapter 13 Plan is hereby DENIED for failure to provide the court with a Certificate of Service per the text order at docket entry number 26.

Dated:  April 8, 2021          By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)