# **CERTIFICATE OF SERVICE**
FILED  Harrisburg, PA.
June 11, 2021
Clerk, U.S. Bankruptcy Court

**I HEREBY CERTIFY** that on June 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been serviced via United States Mail to the following:

*And via electronic mail to:*

Jack N. Zaharopoulos (Standing Chapter 13 Trustee)
8125 Adams Drive
Suite A
Hummelstown, PA  17036
Zaharopoulosstaff@pamd13trustee.com
dehartstaff@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

*And via email to:*

Jenine R. Davey ESQ
RAS CITRON LLC
133 Gaither Drive Ste F
Mt. Laurel, NJ 08054
jdavey@rasnj.com

By: Patty J. Colton
pattycolton@gmail.com

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Christopher C. Colton for on Friday, June 11, 2021 - 15:26 |
| Date: | Friday, June 11, 2021 3:26:53 PM |

Submitted on Friday, June 11, 2021 - 15:26
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Christopher C. Colton
Debtor's name (if different):
Filer's EMail Address: pattycolton@gmail.com
Filer's Phone Number: 7171-870-4485
Case number (if known): 1-21-bk-00223-HWV
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/Colton%20BK%20Certificate%20of%20Service%20Letter%206-10-21_0.pdf
  Document description: Colton BK Certificate of Service
  ==More Documents==
  Document 2:
  Document 2 description:
  Document 3:
  Document 3 description:
  Document 4:
  Document 4 description:
  Document 5:
  Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Patty Colton

Case 1:21-bk-00223-HWV    Doc 46    Filed 06/11/21    Entered 06/14/21 08:54:55    Desc
Main Document    Page 2 of 2