United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 21-00223-HWV

Christopher C Colton                                         Chapter 13

Patty J Colton

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                         Page 1 of 1

Date Rcvd: Aug 13, 2021                        Form ID: ortext                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

**Recip ID**             **Recipient Name and Address**
db/jdb                + Christopher C Colton, Patty J Colton, 233 Troy Road, Dallastown, PA 17313-9626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021                                 Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Charles G. Wohlrab
                                   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
                                   TWecf@pamd13trustee.com

Rebecca Ann Solarz
                                   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

United States Trustee
                                   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher C Colton

**Debtor 1**

Chapter: 13

Case number: 1:21−bk−00223−HWV

Patty J Colton

**Debtor 2**

# ORDER

A Certificate of Service was not filed with the Amended Plan, docket entry #50. A Certificate of Service must be filed no later than August 18, 2021 before the confirmation hearing. Non−compliance may result in the denial of plan confirmation. IT IS SO ORDERED on 8/13/2021. /s/Henry W. Van Eck (RE: related document(s)53). (Radginski, Pamela)

Order Text Entries (Form ortext) (2/19)