United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00223-HWV |
| Christopher C Colton | Chapter 13 |
| Patty J Colton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher C Colton, Patty J Colton, 233 Troy Road, Dallastown, PA 17313-9626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Christopher C Colton | | | |
|---|---|---|---|
| | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:21-bk-00223-HWV |
| Patty J Colton | Debtor 2 | | |

## ORDER DENYING CONFIRMATION FOR FAILURE TO COMPLY WITH ORDER

**IT IS ORDERED** that Plan Confirmation is Denied for Christopher Colton and Patty Colton failure to comply with ORDER dated August 25, 2021, that required service of the plan on all creditors.

Dated: September 16, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 8/10/2021 |
| Case: 1:21−bk−00223−HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr     Jack N Zaharopoulos (Trustee)     info@pamd13trustee.com

                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Christopher C Colton     233 Troy Road     Dallastown, PA 17313
jdb     Patty J Colton     233 Troy Road     Dallastown, PA 17313

                                       TOTAL: 2

Case 1:21-bk-00223-HWV   Doc 52-1   Filed 08/10/21   Entered 08/10/21 11:35:23   Desc
PDF All Chatty.pdf: Notice Recipients   Page 1 of 1

Case 1:21-bk-00223-HWV   Doc 63   Filed 09/19/21   Entered 09/20/21 00:21:42   Desc
Imaged Certificate of Notice   Page 3 of 3