UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER C COLTON  PATTY J COLTON
        Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant          CASE NO: 1-21-00223-HWV

vs.

CHRISTOPHER C COLTON  PATTY J COLTON
        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 30, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on August 19, 2021.

2. An order was entered on August 25, 2021, directing that a certificate of service be filed no later than August 30, 2021.

3. An order denying confirmation of the plan was entered on September 16, 2021.

4. As of the date of this Motion, an amended plan has not been filed.

5. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/ James K. Jones, Esq.
        Id: 39031
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTOPHER C COLTON
PATTY J COLTON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-21-00223-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: October 27, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

Dated: September 30, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER C COLTON
PATTY J COLTON

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHRISTOPHER C COLTON
PATTY J COLTON

Respondent(s)

CHAPTER 13

CASE NO: 1-21-00223-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 30, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| PRO SE<br>, - | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| CHRISTOPHER C COLTON<br>233 TROY ROAD<br>DALLASTOWN, PA   17313- | Served by 1st Class Mail |
| PATTY J COLTON<br>233 TROY ROAD<br>DALLASTOWN, PA   17313- | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 30, 2021

Respecfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
eMail: info@pamd13trustee.com

IN RE: CHRISTOPHER C COLTON
PATTY J COLTON

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHRISTOPHER C COLTON
PATTY J COLTON

Respondent(s)

CHAPTER 13

CASE NO: 1-21-00223-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.